E-FILED: 9/25/09

**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| HUNG O. YU | **CASE NUMBER** |
|---|---|
| PLAINTIFF(S) vs. | CV 09-2674-PSG (JCx) |
| WORLD SAVINGS BANK, FSB, ET AL. DEFENDANT(S). | **DISMISSAL BY THE COURT FOR FAILURE TO PROSECUTE** |

On August 27, 2009, the Court issued an Order to Show Cause for Lack of Prosecution. A written response to this Order to Show Cause was ordered to be filed no later than September 8, 2009.

To date, no written response to the Order to Show Cause has been filed with the Court. Accordingly, it is hereby ORDERED and ADJUDGED that the above-entitled action be dismissed in its entirety.

Dated: ___September 24, 2009_____

Philip S. Gutierrez

U.S. District Judge